THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* BENJAMIN DIAMOND, Appellant.

*Crimes — receiving stolen property — judgment of conviction affirmed.*

People v. *Diamond,* 217 App. Div. 731, affirmed.

(Argued January 17, 1927; decided February 23, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 11, 1926, which affirmed a judgment of the Court of General Sessions in the county of New York, rendered upon a verdict convicting the defendant of the crime of criminally receiving stolen property in the first degree.

*Harry Kopp* and *Joseph Force Crater* for appellant.

*Joab H. Banton,* District Attorney (*Robert Darn* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and KELLOGG, JJ.